Che L. Hashim (State Bar No. 238565)
**LAW OFFICES OF CHE L. HASHIM**
861 Bryant Street
San Francisco, CA 94103
Telephone:     (415) 487-1700
Facsimile:     (415) 431-1312

Attorney for Plaintiffs
JUSTIN WESLEY SUMMERFIELD
JAMES EDWARD SUMMERFIELD

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN WESLEY SUMMERFIELD; JAMES EDWARD SUMMERFIELD, <br><br> Plaintiffs, <br><br> vs. <br><br> WAYNE FACKRELL; MARIO ANGELONE, <br><br> Defendants. | Case No.: 2:10-cv-02884-WBS-EFB <br><br> Joint Stipulation of Dismissal of Plaintiff Justin Summerfield's Claims Against Defendant Mario Angelone. |

IT IS HEREBY STIPULATED by and between Plaintiff and Defendants that Plaintiff Justin Wesley Summerfield's causes of action, and all of them, asserted against Defendant Mario Angelone, and only these causes of action, be dismissed pursuant to Fed. R. Civ. P. 41(a)(1) with prejudice.  Each side will bear its own costs and fees.

//

//

//

//

//

| DATED: July 14, 2011 | THE LAW OFFICE OF CHE L. HASHIM |
|---|---|
| | /s/ Che L. Hashim<br>Che L. Hashim<br>Attorney for Plaintiffs<br>Justin Wesley Summerfield<br>James Edward Summerfield |

| DATED: July 14, 2011 | WILLIAMS & ASSOCIATES |
|---|---|
| | /s/ Kathleen J. Williams<br>Kathleen J. Williams<br>Attorneys for Defendants<br>Mario Angelone<br>Wayne Fackrell |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**

**Dated:  July 18, 2011**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE