1  **WILLIAMS & ASSOCIATES**
2  1250 Sutterville Road, Suite 290
   Sacramento, CA  95822
3  (916) 456-1122
   (916) 737-1126 (fax)
4  Kathleen J. Williams, CSB #127021
   LaKeysia R. Beene, CSB #265078
5
   Attorneys for defendant
6  WAYNE FACKRELL

7
               **IN THE UNITED STATES DISTRICT COURT
8                EASTERN DISTRICT OF CALIFORNIA**

9
   JUSTIN WESLEY SUMMERFIELD,      )   CASE NO: 2:10-CV-02884-WBS-EFB
10 JAMES EDWARD SUMMERFIELD,       )
                                   )   **STIPULATION AND ORDER OF DISMISSAL
11                                 )   OF CASE WITH PREJUDICE**
                  Plaintiffs,      )
12                                 )
   vs.                             )
13                                 )
   WAYNE FACKRELL; MARIO           )
14 ANGELONE,                       )
                                   )
15                                 )
                  Defendants       )
16 ─────────────────────────────── )

17
       The parties to this action, by and through their counsel of record, hereby stipulate
18
   to the dismissal of this action, with prejudice, each side to bear its own costs and
19
   attorneys fees.
20
   Date:  March 14, 2012         WILLIAMS & ASSOCIATES
21
22                               By: */s/ Kathleen J. Williams*
                                    KATHLEEN J. WILLIAMS, CSB 127021
23                                  Attorneys for defendant FACKRELL

24 ///

25 ///

26 ///

27 ///

28 ─────────────────────────────────────────────────────────────────
   *Summerfield v. Fackrell* [2:10-cv-02884]Stipulation and Order of Dismissal                Page 1

1 | Date: March 14, 2012          LAW OFFICE OF CHE L HASHIM

2

3 | By:/s/ Che Hashim (signed with permission)
      CHE LEWELLYN HASHIM CSB 238565
      Attorneys for plaintiff
4     JUSTIN SUMMERFIELD

5 | **IT IS SO ORDERED.**

6 | Dated: March 15, 2012

7

8 | WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

9

10

...

28 | *Summerfield v. Fackrell* [2:10-cv-02884]Stipulation and Order of Dismissal                    Page 2