**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Suite 290
Sacramento, CA 95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021
LaKeysia R. Beene, CSB #265078

Attorneys for defendant
WAYNE FACKRELL

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUSTIN WESLEY SUMMERFIELD, JAMES EDWARD SUMMERFIELD,<br><br>Plaintiffs,<br><br>vs.<br><br>WAYNE FACKRELL; MARIO ANGELONE,<br><br>Defendants | CASE NO: 2:10-CV-02884-WBS-EFB<br><br>**STIPULATION AND ORDER OF DISMISSAL OF CASE WITH PREJUDICE** |

The parties to this action, by and through their counsel of record, hereby stipulate to the dismissal of this action, with prejudice, each side to bear its own costs and attorneys fees.

Date: March 14, 2012          WILLIAMS & ASSOCIATES

                              By: */s/ Kathleen J. Williams*
                                  KATHLEEN J. WILLIAMS, CSB 127021
                                  Attorneys for defendant FACKRELL

///

///

///

///

*Summerfield v. Fackrell* [2:10-cv-02884]Stipulation and Order of Dismissal                              Page 1

1  Date:  March 14, 2012          LAW OFFICE OF CHE L HASHIM

2
                                  By:/s/ Che Hashim (signed with permission)
3                                      CHE LEWELLYN HASHIM CSB 238565
                                       Attorneys for plaintiff
4                                      JUSTIN SUMMERFIELD

5  **IT IS SO ORDERED.**

6  Dated:  March 15, 2012

7
                         WILLIAM B. SHUBB
8                        UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  *Summerfield v. Fackrell* [2:10-cv-02884]Stipulation and Order of Dismissal                              Page 2